IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA N<br>　Plaintiff<br>　　　　VS.<br><br>LUIS G. ARROYO CHIQUES<br>Defendant | CRIMINAL No. 21 - 485 (SCC) |

## MOTION REQUESTING AUTHORIZATION TO TRAVEL

TO THE HONORABLE COURT:

**COME NOW** Defendant Luis G. Arroyo Chiques represented by the undersigned attorney, Ernesto Hernández-Milán and very respectfully **STATES**, **ALLEGES** and **PRAYS** as follows:

1. Arroyo Chiques was sentenced on June 6, 2022 and is now on supervised release.

2. Arroyo Chiques has a travel pending to Medellin, Colombia from April 25 to May 7, 2024.

3. Arroyo Chiques will stay at his husband's, Daniel Alejandro Velez Serna house address: Carrera #94 #77 DD-17, interior 201, Robledo Aures/barrio, Medellín, Antioquía, Colombia, 05001.

4. On April 5, 2024. Arroyo Chiques would be eligible to travel to a foreign country having served 6 months of his 24 month supervised released sentence.

5. Defendant will also need his passport, actually in possession of Pretrial Services.

**Wherefore,** it is hereby very respectfully requested that defendant's passport be ordered return and that motion to travel be granted.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, on this April 1st, 2024.

**I HEREBY CERTIFY**: that a copy of present motion has been electronically filed with the Clerk of the Court using the CM/ECF System which will automatically send notification of such filing to the corresponding parties of interest.

**/s/ ERNESTO HERNANDEZ MILAN**
Ernesto Hernández Milán, ESQ. USDC-PR No 204508
**EHM Law Office**
250 Ponce de León Ave
City Tower, Suite # 304
San Juan, PR 00918 – 1819
Tel. 787 210-2100
Email: ehm.lawoffice@gmail.com